IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD HOLMES,

    Petitioner,

vs.                                     CASE NO. 4:09-cv-240-SPM

KENNETH S. TUCKER, Secretary,
Florida Department of Corrections

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 13). Petitioner has been afforded an opportunity to file objections. No objections were filed. Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 13) is **adopted** and incorporated by reference into this order.

2. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 challenging Petitioner's convictions for first degree murder and first degree attempted murder is **denied with prejudice**.

3.      A Certificate of Appealability is **denied**.

DONE AND ORDERED this 17th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge